UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH R. SANTOS,

    Plaintiff,

v.                                    Case No. 8:25-cv-31-WFJ-LSG

BRUCE BARLETT, District Attorney
For the Sixth Judicial Circuit Court of
Florida,

    Defendant.
_____/

## **ORDER**

Before the Court is Plaintiff's motion to proceed *in forma pauperis* (Dkt. 3) and the United States Magistrate Judge's report recommending that the motion be denied and the amended complaint (Dkt. 4) be dismissed without prejudice and without leave to amend (Dkt. 5). Plaintiff filed objections. Dkt. 6.

When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a *de novo* review of the portions of the record to which objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). After such independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

Plaintiff objects to the Magistrate Judge's report on the grounds that her constitutional rights were violated in October 2024. Specifically, her motorcycle was towed when she was stopped and arrested for driving without a license. Plaintiff alleges the motorcycle was wrongfully towed because her uncle, who held title, could have taken it if she had been permitted to walk to his house "100 ft. away." Dkt. 6 at 2. The towing bill was $1,600, but the motorcycle was later auctioned. Dkt. 4 at 6. She now requests $11,899 or the return of her motorcycle. *Id*.

United States Magistrate Judge Griffin reasons in the report that the *Younger* abstention doctrine prohibits this federal court from interfering with Plaintiff's two ongoing state criminal proceedings. Dkt. 5 at 8–9. Additionally, Plaintiff provides no legal basis for her claims. Lastly, her claims, directed against the State Attorney's Office, are barred by the Eleventh Amendment for these alleged actions that were performed within the scope of a prosecutor's role. Dkt. 5 at 10–11.

After conducting an independent examination of the file, the Court agrees with the Magistrate Judge's well-reasoned and thorough analysis and rules as follows:

1. Plaintiff's objections (Dkt. 6) are overruled.

2. The Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and made a part of this order.

3. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 3) is denied.

4. Plaintiff's amended complaint (Dkt. 4) is dismissed without leave to amend.

5. The Clerk is directed to terminate any pending deadlines and close the case.

**DONE AND ORDERED** at Tampa, Florida, on May 6, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, *pro se*